UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:06-cv-07663-DDP-JC | Date | January 13, 2020 |
| Title | In re Search of Harmony Gold USA Inc | | |

| | |
|---|---|
| Present: The Honorable | DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Patricia Gomez | Maria Bustillos |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Alejandro N. Mayorkas<br>Alex Hemmer | Amy T. Matchison |

**Proceedings:** Motion to Enforce Court Order [37]

Case called; appearances made. Court and counsel confer as reflected on the record. The matter is taken under submission.

: 14

Initials of Preparer PG